Julia B. Strickland (SBN 83013)
Stephen J. Newman (SBN 181570)
STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3986
Telephone (310) 556-5800
Facsimile: (310) 556-5959

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| **IN RE:**<br><br>**HOUSEHOLD LENDING LITIGATION** | Case No. C 02-1240 CW (and related cases C02-2529, C02-4646, C02-4867, C02-5520 and C03-0368)<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO ENFORCE FINAL APPROVAL ORDER AND JUDGMENT AGAINST ANGELINA COSTELLO AND HER COUNSEL**<br><br>**AS MODIFIED**<br><br>**DATE:**   May 26, 2006 (original)<br>June 9, 2006<br>(proposed new date)<br><br>**TIME:**   10:00 a.m.<br>**PLACE:** Courtroom of the Honorable Claudia Wilken<br>Courtroom 2, 4th Floor<br>1301 Clay Street<br>Oakland, CA  94612 |

50323958v1

Defendants herein, on the one hand, and Angelina Costello and her counsel, on the other (collectively, the "Motion Parties"), hereby stipulate and agree, by and through counsel, to the following in regard to Defendants' pending "Motion To Enforce The Final Approval Order And Judgment Against Angelina Costello And Her Counsel" (the "Motion"), which Motion has been fully briefed and is scheduled to be heard on May 26, 2006:

1)      At Defendants' request, the hearing on the Motion, currently scheduled for May 26, 2006, shall be continued to June 9, 2006, at 10:00 a.m., in order to allow

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

the Motion Parties to participate in mediation on June 2, 2006, in Denver, Colorado,
before the Honorable Edward A. Infante (Ret.).  The Motion Parties will advise the
Court if the mediation is successful.

IT IS SO STIPULATED.

Dated:   ___May 23___, 2006          STROOCK & STROOCK & LAVAN LLP
                                     JULIA B. STRICKLAND
                                     STEPHEN J. NEWMAN

                                     By:    /s/ Stephen J. Newman
                                     _____
                                              STEPHEN J. NEWMAN
                                           Attorneys for Defendants

Dated:  _____, 2006
                                     BRAMSON, PLUTZIK, MAHLER &
                                     BIRKHAEUSER, LLP
                                     ROBERT M. BRAMSON

                                     By: _____
                                              ROBERT M. BRAMSON
                                           Attorneys for Angelina Costello and
                                           Her Counsel

        IT IS SO ORDERED, **EXCEPT THE MOTION WILL BE DECIDED ON
THE PAPERS AND NO HEARING WILL BE HELD.**

          5/24/06
DATED:_____


                                          /s/  CLAUDIA WILKEN
                                     _____
                                     UNITED STATES DISTRICT JUDGE

2