SARAH E. SISKIND
CHARLES BARNHILL
WILLIAM P. DIXON
ELIZABETH J. EBERLE (196914)
**MINER, BARNHILL & GALLAND, PC**
44 East Mifflin Street, Suite 803
Madison, WI 53703
Telephone: (608) 255-5200
Facsimile: (608) 255-5380

*Plaintiffs' Co-Lead Counsel*

JOSEPH W. COTCHETT ( 36324)
NIALL P. McCARTHY (160175)
LAURA SCHLICHTMANN (169699)
**COTCHETT, PITRE, SIMON &**
**McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Plaintiffs' Co-Lead Counsel*

GARY KLEIN
JOHN RODDY
**GRANT, KLEIN & RODDY P.C.**
727 Atlantic Avenue, 2nd Floor
Boston, MA 02111
Telephone: (617) 357-5500
Fax: (617) 357-5030

*Attorneys for the Masterson, Sullivan and*
*Cross Plaintiffs and the Class*

GILMUR R. MURRAY (111856)
DEREK G. HOWARD (118082)
**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Telephone (510) 444-2666

THOMAS A. JENKINS (92213)
DANIEL J. MULLIGAN (103129)
**JENKINS & MULLIGAN**
660 Market Street, Third Floor
San Francisco, California 94104
Telephone: (415) 982-8500

*Liaison Counsel and Attorneys for*
*the Leigh and Vega Plaintiffs and the Class*

*Attorneys for the Blunt and Ross Plaintiffs*
*and the Class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **In Re:** *Household Lending Litigation* | Case No.: C02-1240 CW (and related cases, C02-2529, C02-4646, C02-4867, C02-5520 and C03-368) |
| | CLASS ACTION |
| | **STIPULATION AND ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT TO PROVIDE FOR *CY PRES* CONTRIBUTIONS TO AGREED CHARITIES** |

-1-

**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT TO PROVIDE FOR *CY PRES* CONTRIBUTIONS TO AGREED CHARITIES – Case No. C02-1240 CW (and related cases)**

1  WHEREAS, this Court entered its final approval order in regard to the Stipulation and

2  Agreement of Settlement (the "Settlement") on April 30, 2004; and

3  WHEREAS, the Settlement provided at Section IX(B) for incentive payments of $10,000

4  to each of the named plaintiffs (or in the case of plaintiffs who sued as co-borrowers, to each pair

5  of those plaintiff pairs), not to exceed $300,000, and further for payments of $1,000 to

6  individuals, identified by plaintiff ACORN (Association of Community Organizations for Reform

7  Now), who substantially contributed to the litigation, not to exceed $750,000,

8  WHEREAS, defendants HFC/Beneficial (Household Finance Corporation, Household

9  International, Inc., Beneficial Corporation, Household Group, Inc., HIG Holding, and Household

10  Realty Corporation) paid $300,000 on behalf of the named plaintiffs, and $750,000 on behalf of

11  the active participants, which funds were maintained by class counsel in client trust accounts and

12  subsequently distributed,

13  WHEREAS, there were originally 29 named plaintiffs or plaintiff pairs entitled to the

14  $10,000 award, of whom one, Norman Thomason, withdrew as a class representative prior to the

15  Settlement, and was therefore not a signatory to the agreement, with the result that two incentive

16  awards totaling $20,000 unclaimed,

17  WHEREAS, Class Counsel located 695 of the individuals entitled to the $1,000 active

18  participant awards and distributed to those individuals $695,000 out of the $750,000 allocated,

19  but were unable, despite diligent efforts, to locate the others, with the result that $55,000 remains

20  unclaimed,

21  WHEREAS, Class Counsel proposed to HFC/Beneficial that it agree, rather than requiring

22  their return, HFC/Beneficial, to request the Court to approve modification of the Settlement to

23  direct the funds, *cy pres*, to the following organizations:

24  - $35,000 to the Tides Foundation of San Francisco, California, specifically for its Shelter

25  Fund (supporting housing reconstruction and remediation in the Gulf Coast region);

26  - $25,000 to Community Gatepath of Burlingame, California (serving disabled children

27  and adults);

28

**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT TO PROVIDE FOR *CY PRES* CONTRIBUTIONS TO AGREED CHARITIES – Case No. C02-1240 CW (and related cases)**

1   - $7,500 to Ensuring Stability through Action in the Community of Boston, Massachusetts

2   (housing counseling); and

3   - $7,500 to Miami Valley Fair Housing Association of Dayton, Ohio (housing counseling)

4   and HFC/Beneficial agreed,

5        WHEREAS, the funds described herein shall be used exclusively for the purposes stated

6   above, and not for any litigation purpose;

7        WHEREAS, the parties have further agreed that additional notice to the Class should not

8   be required in light of the nature of the modification and the prohibitive cost notice would

9   require; and

10       WHEREAS, Section XII of the Settlement provides that this Court retains jurisdiction to

11  approve amendments to the Settlement, and to address issues relating to implementation of the

12  Settlement.

13       **NOW, THEREFORE, THE PARTIES, BY AND THROUGH COUNSEL,**

14  **STIPULATE AND AGREE AS FOLLOWS:**

15       1.    Upon approval of this stipulation,  Class Counsel will direct the fore-described

16            unclaimed monies as follows:

17            - $35,000 to the Tides Foundation of San Francisco, California;

18            - $25,000 to Community Gatepath of Burlingame, California;

19            - $7,500 to Ensuring Stability through Action in the Community of Boston,

20            Massachusetts; and

21            - $7,500 to Miami Valley Fair Housing Association of Dayton, Ohio.

22       2.    This stipulation shall be null and void and of no effect if it is not approved as

23            submitted;

24       3.    This stipulation shall be null and void and of no effect if the Court directs that

25            further notice to the Class should be given.

26

27

28

-3-

**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT
TO PROVIDE FOR *CY PRES* CONTRIBUTIONS TO AGREED CHARITIES – Case No. C02-1240 CW
(and related cases)**

1  Dated:

2                                        MINER BARNHILL & GALLAND, PC
                                         SARAH E. SISKIND
3
                                         By:_____/s/_____
                                                  Sarah E. Siskind
4

5  Dated:                                Plaintiffs' Co-Lead Counsel

6                                        COTCHETT, PITRE, SIMON & McCARTHY
                                         JOSEPH P. COTCHETT, JR.
7                                        NIALL P. McCARTHY

8                                        By:_____/s/_____
                                                  Niall P. McCarthy
9
                                         Plaintiffs' Co-Lead Counsel
10 Dated:
                                         GRANT, KLEIN & RODDY P.C.
11                                       GARY KLEIN
                                         JOHN RODDY
12
                                         By:_____/s/_____
13                                                John Roddy

14                                       Attorneys for the Masterson, Sullivan and
   Dated:                                Cross Plaintiffs and the Class
15
                                         MURRY & HOWARD
16                                       GILMUR R. MURRAY
                                         DEREK G. HOWARD
17
                                         By:_____/s/_____
18                                                Derek G. Howard

19                                       Liaison Counsel and Attorneys for the Leigh
                                         and Vega Plaintiffs and the Class
20 Dated:
                                         JENKINS & MULLIGAN
21                                       THOMAS A. JENKINS
                                         DANIEL J. MULLIGAN
22
                                         By:_____/s/_____
23                                                Daniel J. Mulligan

24                                       Attorneys for the Blunt and Ross Plaintiffs and
   Dated:                                the Class
25
                                         STROOK & STROOK & LAVAN, LLP
26                                       STEVEN NEWMAN

27                                       By:_____/s/_____
                                                  Steven Newman
28
                                                                            -4-
   **STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT**
   **TO PROVIDE FOR *CY PRES* CONTRIBUTIONS TO AGREED CHARITIES – Case No. C02-1240 CW**
   **(and related cases)**

1

2

3                                          **<u>ORDER</u>**

4              PURSUANT TO STIPULATION, IT IS SO ORDERED.

5                   10/11/07

6      DATED:_____.

7                                          _____

8                                          THE HONORABLE CLAUDIA WILKEN
                                           UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                          -5-
**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SETTLEMENT AGREEMENT
TO PROVIDE FOR *CY PRES* CONTRIBUTIONS TO AGREED CHARITIES – Case No. C02-1240 CW
(and related cases)**